**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ARTEZ OLIVER,**                                                                                    **PLAINTIFF**

**VS.**                                                **3:22-CV-00009-BRW-JTK**

**DALE COOK, et al.**                                                                            **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge Jerome T. Kearney.   No objections have been filed.   After

careful consideration, the Court concludes that the Proposed Findings and Recommended

Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings

in all respects.

IT IS, THEREFORE, ORDERED THAT:

1.      Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 1) is DENIED.

2.      Plaintiff's Complaint is DISMISSED without prejudice.

3.      If Plaintiff wishes to continue this case, he must submit the statutory filing fee

of $402.00 to the Clerk, noting the above case style and number, within ten (10) days of the

date of this Order, together with a motion to reopen the case.   Upon receipt of the motion and

full payment, the case will be reopened.

DATED this 7th day of February, 2022.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE