**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ARTEZ OLIVER,**                                                                    **PLAINTIFF**

**VS.**                          **3:22-CV-00009-BRW**

**DALE COOK, et al.**                                                 **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of February, 2022.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE